# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:12-MJ-204-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING ADMISSION** |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| JOHN RAYMOND HURBAN, | ) | |
| a/k/a Marcus Edward Bramhall | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning F. Michie Gibson, Jr., filed July 12, 2012. Mr. Gibson seeks to appear as counsel *pro hac vice* for Defendant John Raymond Hurban a/k/a Marcus Edward Bramhall.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Gibson is admitted to appear before this court *pro hac vice* on behalf of Defendant John Raymond Hurban a/k/a Marcus Edward Bramhall.

**SO ORDERED**.

Signed: July 12, 2012

David C. Keesler
United States Magistrate Judge